IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABIGAIL STOCKBRIDGE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-4800 |
| | § | |
| VERNON BOWERS ENTERPRISES, INC. | § | |
| D/B/A VERNON'S KUNTRY KATFISH | § | JURY TRIAL DEMANDED |

# **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Abigail Stockbridge identifies the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which may have a financial interest in the outcome of this litigation:

1. Plaintiff, Abigail Stockbridge;

2. Plaintiff's Counsel, Hessam Parzivand, The Parzivand Law Firm, PLLC, 10701 Corporate Dr., Suite 185, Stafford, TX 77477, (713) 533-8171;

3. Defendant, Vernon Bowers Enterprises, Inc. d/b/a Vernon's Kuntry Katfish.

Respectfully submitted,

/s/ *Hessam Parzivand*
**Hessam Parzivand**
Federal ID No. 1129776
Texas Bar No. 24071157
**THE PARZIVAND LAW FIRM, PLLC**
10701 Corporate Dr., Suite 185
Sugar Land, Texas 77477
T: [713] 533-8171 / F: [713] 533-8193
hp@parzfirm.com
**ATTORNEY FOR PLAINTIFF
ABIGAIL STOCKBRIDGE**